**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVOND BROWN, | No. C 12-2198 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| G. D. LEWIS, Warden, | |
| Respondent. | |

Petitioner's motion for an extension of time to file an amendment to his petition is GRANTED.  (Docket # 4.)  Petitioner must file the amendment to his petition no later than **September 21, 2012**.

IT IS SO ORDERED.

DATED: August 1, 2012

SUSAN ILLSTON
United States District Judge