1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    DELVOND BROWN,                          No. C 12-2198 SI (pr)

9              Petitioner,                   **ORDER EXTENDING DEADLINE**

10        v.

11   G. D. LEWIS, Warden,

12             Respondent.

13   _____/

14        Petitioner's motion for an extension of time to file an amendment to his petition is

15   GRANTED.  (Docket # 4.)  Petitioner must file the amendment to his petition no later than

16   **September 21, 2012**.

17        IT IS SO ORDERED.

18   DATED: August 1, 2012

19                                           _____
                                                  SUSAN ILLSTON
                                             United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California